IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MIGUEL,<br><br>        Plaintiff,<br><br>  v.<br><br>KATIE YUE, et al.,<br><br>        Defendants. | Case No. 23-cv-06350-MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

      Before the Court is plaintiff Joseph Miguel's Motion, filed October 4, 2024, "[for] Leave to Amend Complaint." By order filed October 11, 2024, the Court noted the motion was not supported by a copy of the proposed amended pleading, i.e., the proposed Second Amended Complaint, and, moreover, did not identify the new or revised causes of action plaintiff seeks to assert, let alone the individuals and/or entities as to whom any such new or revised claim(s) would be asserted. Under the circumstances, the Court afforded plaintiff leave to file, no later than October 25, 2024, a supplement to the motion with the proposed Second Amended Complaint attached as an exhibit thereto. No such supplement has been filed.

      Accordingly, the motion for leave to amend is hereby DENIED, and the above-titled action will proceed on the remaining claims in the First Amended Complaint, namely, plaintiff's claims against Katie Yue.

      **IT IS SO ORDERED.**

Dated: November 4, 2024

                                                                               MAXINE M. CHESNEY<br>
                                                                               United States District Judge